RESCRIPT EX. 3714.

ELIZABETH McDONALD, Admx., v. PROVIDENCE TELEPHONE COMPANY.

MAY 25, 1906.

PRESENT: Douglas, C. J., Dubois, Blodgett, Johnson, and Parkhurst, JJ.

The bill of exceptions is prematurely preferred.  No verdict has been returned or final decision on the merits rendered as required by court and practice act, section 497.

Bill of exceptions dismissed without prejudice, and case remitted to Superior Court for further proceedings.

*P. Henry Quinn and Daniel A. Colton,* for plaintiff.

*Vincent, Boss, and Barnefield,* for defendant.